Lester Al Smith, Appellee, v. Hotel Sherman,
Inc., Appellant.

Gen. No. 42,853.

opinion filed
May 23, 1944. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for
appellant; Isaac E. Ferguson and Ben Liss, of counsel; Morris S. Tele-
chansky and Maurice L. Aberman, for appellee. Opinion by JUSTICE
SCANLAN. Not to be published in full.